Richard G. McCracken # 2748
Sarah Grossman-Swenson #11979
McCRACKEN, STEMERMAN,
& HOLSBERRY
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
PH: (702) 386-5107
FAX: (702) 386-9848
Email: rmccracken@dcbsf.com
       sgs@dcbsf.com

Attorneys for Petitioners Local Joint
Executive Board of Las Vegas; and
Culinary Workers Union, Local 226

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS UNION, LOCAL 226,<br><br>Petitioners,<br><br>vs.<br><br>VINTAGE VEGAS GAMING, LLC, d/b/a Binion's Gambling Hall & Hotel, a Nevada corporation, and DOES 1-10.<br><br>Respondent. | Case No. 2:15-cv-00159-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**<br><br>**F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

Petitioners Local Joint Executive Board of Las Vegas, and Culinary Workers Union, Local 226 ("Petitioners") and Respondent Vintage Vegas Gaming, LLC, d/b/a Binion's Gambling Hall & Hotel ("Respondent"), by and through their respective counsel, hereby agree and stipulate:

1.   The above-captioned case is hereby dismissed without prejudice pursuant

1

to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    2.    Each Party will bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATE: May 13, 2015          MCCRACKEN, STEMERMAN & HOLSBERRY

                                  BY:   */s/ Sarah Grossman-Swenson*
                                            Sarah Grossman-Swenson
                                            *Attorneys for Petitioners*

Date: May 13, 2015          SNELL & WILMER LLP

                                  BY:   */s/ Paul Swen Prior*
                                         Paul Swen Prior, SBN 9324
                                         Karl O. Riley, SBN 12077
                                         Snell & Wilmer LLP
                                         3883 Howard Hughes Parkway, Suite 1100
                                         Las Vegas, Nevada 89169
                                         Telephone: (702) 784-5200
                                         Fax: (702) 784-5252
                                         Email: sprior@swlaw.com
                                         Email: kriley@swlaw.com
                                         *Attorneys for Respondent*

                                         **IT IS SO ORDERED.**

                                         _____
                                         Gloria M. Navarro, Chief Judge
                                         United States District Court

                                         **DATED: 05/13/2015**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal and a Notice of Electronic Filing was electronically transmitted from the court to the e-mail addresses on file.

                                          /s/ Joyce Archain